Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and all others similarly situated

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO LEONE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., a Washington corporation, FORESEE SESSION REPLY, INC., a Delaware corporation, and VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:21-cv-00975-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Alessandro Leone provides notice of the voluntary dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

**ALESSANDRO LEONE**, individually and on behalf of those similarly situated individuals

Dated: March 25, 2021          By:  /s/ *Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Classes*